AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>MARKELL SMITH<br><br>*Defendant(s)* | Case No. 19-mj-2310<br>[UNDER SEAL] |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2018 through May 2019__ in the county of __Allegheny__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C., 2261A(2)(B) and 2261(b)(5) | With the intent to harass and intimidate another person, used an interactive computer service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonable expected to cause substantial emotional distress to such person and an immediate family member of that person. |
| 18 U.S.C. 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

GREGG FRANKHOUSER, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/08/2019__

_____
*Judge's signature*

City and state: __Pittsburgh, Pennsylvania__    MAUREEN P. KELLY, U.S. Magistrate Judge
*Printed name and title*