CR 20-346

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__    Erie _____    Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. _X_ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:    Markell Smith

Is indictment waived:    ____ Yes    _X_ No

Pretrial Diversion:    ____ Yes    _X_ No

Juvenile proceeding:    ____ Yes    _X_ No

Defendant is:    _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Allegheny

Previous proceedings before Magistrate Judge:    Patricia L. Dodge and Lisa Pupo Lenihan

Case No.:    19-mj-2310

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | November 18, 2019 | |
| Defendant: | _X_ is in custody | ____ is not in custody |
| Name of Institution: | Allegheny County Jail | |
| Custody is on: | _X_ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | _X_ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 4 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Markell Smith | |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 875(b) and 875(d) | Threatening Interstate Communications with Intent to Extort—Threat to Injure Person, Property or Reputation | X |
| 2 | 18 U.S.C. §§ 2251(a) and (e) | Production and Attempted Production of Material Depicting the Sexual Exploitation of a Minor | X |
| 3 | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Receipt and Attempted Receipt of Material Depicting the Sexual Exploitation of a Minor | X |
| 4 | 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | Possession of Material Depicting the Sexual Exploitation of a Minor | X |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: NOV 1 2 2020

/s/ Heidi M. Grogan
HEIDI M. GROGAN
Assistant U.S. Attorney
PA ID No. 203184